JS-6

**FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY**

# DEATH PENALTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN BENSON,<br><br>        Petitioner,<br><br>           v.<br><br>MICHAEL MARTEL, Warden of<br>California State Prison at<br>San Quentin,<br><br>        Respondent. | CASE NO. CV 94-5363 AHM<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that Judgment is entered in favor of respondent and against petitioner.

IT IS SO ORDERED.

Dated: February 28, 2013.

_____
A. Howard Matz
UNITED STATES DISTRICT JUDGE

JS-6

cc: Death Penalty Law Clerk, CJA