# Death Penalty

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN BENSON, | CASE NO. CV 94-5363 AHM |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | AMENDED JUDGMENT |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

   IT IS HEREBY ADJUDGED that Judgment is entered in favor of respondent and against petitioner.

IT IS SO ORDERED.

Dated: February 28, 2013

_____
A. Howard Matz
UNITED STATES DISTRICT JUDGE

**JS-6**

cc: **Death Penalty Law Clerk, CJA**